No. 1171, Misc.  CRAWFORD ET AL. *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.  *Joseph I. Stone* for petitioners.  *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 1174, Misc.  ENDICOTT *v.* COINER, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 1204, Misc.  DYES *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1220, Misc.  CRANE *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 1229, Misc.  THOMASTON *v.* GLADDEN, WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 1247, Misc.  WELLS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Sam Adam* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1272, Misc.  THACKER *v.* COHEN, ACTING SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 4th Cir.  Certiorari denied.  *Robert T. Winston* for petitioner.  *Solicitor General Griswold* for respondent.

No. 1289, Misc.  MALOFSKY ET AL. *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.  *Leon B. Polsky* and *Phylis Skloot Bamberger* for petitioners.  *Solicitor General Griswold* for the United States.